**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**


**NOTICE OF CASE FILING**

Date Case filed:   **January 6, 2022**

Style of Case:   **Lacrisha A. Smith
v.
Life Time Fitness, Inc.**

Case number:   **3:22–cv–00008**

District Judge assigned:   **Judge Jeffrey V. Brown**

Nature of Claim:   **Civil Rights NOS 442**

**Your case has been filed as a Employment Discrimination.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office
601 Rosenberg Street
Galveston, TX 77550**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*


Date: January 6, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

**NOTICE OF THE RIGHT TO TRY**
**A CIVIL CASE BEFORE A MAGISTRATE JUDGE**

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

Lacrisha A. Smith                          §
                                           §
*versus*                                   §        Civil Action 3:22−cv−00008
                                           §
Life Time Fitness, Inc.                    §


# Consent to Proceed Before a Magistrate Judge


All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).


_____        _____


_____        _____


# Order to Transfer

This case is transferred to United States Magistrate Judge


_____


to conduct all further proceedings, including final judgment.


_____        _____
Date                                 United States District Judge