IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LACRISHA A. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:22-CV-00008 |
| | § | |
| LIFE TIME FITNESS, INC a/k/a | § | |
| LIFETIME, | § | |
| | § | |
| Defendant | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Life Time Fitness, Inc. a/k/a Lifetime ("Life Time" or "Defendant") files this Certificate of Interested Parties, listing all persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1.  LaCrisha A. Smith — Pro Se Plaintiff.

2.  <u>Life Time, Inc</u>. Life Time Fitness, Inc. changed its corporate name to Life Time, Inc. on or about July 2017.

3.  LTF Club Management Company, LLC.  Plaintiff was employed by LTF Club Management Company, LLC.

4.  Defendant's attorneys – J. Paul Rinnan, Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

 /s/ J. Paul Rinnan
J. Paul Rinnan
SBOT: 24074959
Federal I.D.: 1375002
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX  77002
713.655.0855
713.655.0020 (Fax)
paul.rinnan@ogletreedeakins.com

**ATTORNEY-IN-CHARGE FOR
DEFENDANT LIFE TIME
FITNESS, INC. A/K/A LIFETIME**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 31st day of January, 2022, the foregoing was submitted for electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

LaCrisha A. Smith
2101 Kingsley Drive
Pearland, Texas 77584
Lacrisha21@gmail.com

 /s/ J. Paul Rinnan
J. Paul Rinnan

2