IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

LACRISHA A. SMITH,                          §
                                            §
                Plaintiff,                   §
                                            §
VS.                                         §   CIVIL ACTION NO. 3:22-CV-00008
                                            §
LIFE TIME FITNESS, INC a/k/a                §
LIFETIME,                                   §
                                            §
                Defendant                    §

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Life Time Fitness, Inc. a/k/a Lifetime provides the following information as its Corporate Disclosure Statement:

Life Time Fitness, Inc. changed its corporate name to Life Time, Inc. on or about July 2017. Defendant states that Plaintiff's employer, LTF Club Management Company, LLC, is a wholly-owned subsidiary of LTF Operations Holdings, Inc., which is a wholly-owned subsidiary of Life Time, Inc. Life Time, Inc.'s parent corporation is LTF Intermediate Holdings, Inc., which is a wholly-owned subsidiary of Life Time Group Holdings, Inc. Life Time Group Holdings, Inc. is a publicly-traded corporation. TPG, Inc. is a publicly-traded corporation and affiliates of TPG, Inc. hold 10% or more of its stock.

1

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

 /s/ J. Paul Rinnan
J. Paul Rinnan
SBOT: 24074959
Federal I.D.: 1375002
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX  77002
713.655.0855
713.655.0020 (Fax)
paul.rinnan@ogletreedeakins.com

**ATTORNEY-IN-CHARGE FOR
DEFENDANT LIFE TIME
FITNESS, INC. A/K/A LIFETIME**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2022, the foregoing was submitted for electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

LaCrisha A. Smith
2101 Kingsley Drive
Pearland, Texas 77584
Lacrisha21@gmail.com

/s/ J. Paul Rinnan
J. Paul Rinnan

50097703.1

2