UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LaCrisha A. Smith, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | No. 3:22-cv-8 |
| | § | |
| Life Time Fitness, Inc. a/k/a | § | |
| Lifetime, | § | |
| | § | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 24, entered in this case granting the defendant's motion to dismiss, Dkt. 7, this case is dismissed.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 21st day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE